Thomas J. Rattay, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
Thomas.Rattay@ogletreedeakins.com
*Attorneys for Defendant*
*Bethesda Lutheran Communities, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRITTNEY WARD, | Hon. John Michael Vasquez, U.S.D.J. |
| | Civil Action No. 2:18-cv-15574 |
| Plaintiff, | |
| | *Civil Action* |
| v. | |
| | **STIPULATION OF DISMISSAL WITH** |
| BETHESDA LUTHERAN COMMUNITIES, JOHN DOE, 1-10; JANE DOE, 1-10; JOHN DOE, CORP., 1-10; fictitiously named, | **PREJUDICE AND WITHOUT COSTS** |
| Defendants. | |

The matter in controversy between the parties having been amicably resolved, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), it is hereby stipulated that this action and each and every claim that was or could have been asserted therein, shall be dismissed with prejudice, each party to bear its own costs.

_____
James Harrison Banks, Esq.
**BANKS LAW OFFICES, LLC**
*Counsel for Plaintiff*

Dated: April 29, 2019

_____
Thomas J. Rattay, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Counsel for Defendant*

Dated: April 29, 2019

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/29/19

38320790.1